■ STEPHEN C. DOWNES, Appellant, v BOOM STUDIO, INC., Respondent. [669 NYS2d 569] —Order, Supreme Court, New York County (Elliott Wilk, J.), entered on or about December 16, 1996, which, *inter alia*, denied plaintiff's cross motion for partial summary judgment upon his cause of action premised on Labor Law § 240 (1), unanimously modified, on the law, and upon a search of the record, to grant summary judgment in favor of defendant dismissing the complaint insofar as it alleges violation of Labor Law § 240 (1), and otherwise affirmed, without costs.

During his employment as a photographer's assistant at defendant's studio, plaintiff fell off a ladder while adjusting a paper backdrop and was injured. In this action, he seeks to recover from defendant for his injuries, alleging, *inter alia*, that he comes within the protective ambit of Labor Law § 240 (1),

which imposes a nondelegable duty upon owners and general contractors to furnish appropriate safety devices to workers during the "erection, demolition, repairing, altering, painting, cleaning or pointing of a building or structure" (*ibid.*). Plaintiff, however, at the time of his fall, was not engaged in altering or repairing a building or structure and, accordingly, does not come within the cited statute's protection (*see, Tanzer v Terzi Prods.*, 244 AD2d 224).

We have reviewed plaintiff's remaining contentions and find them to be without merit. Concur—Sullivan, J. P., Milonas, Williams, Andrias and Saxe, JJ.